UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:                                              Case No.

Jeffrey Gold                                        10-22233-svk
Glenn A Williams                                    10-22461-svk
Victoria Daniele                                    10-23056-svk
Lillie L Harris                                     10-26614-svk
Oscar A Dalback and Marlene J Dalback               10-29146-svk
Michael D Briley, II and Kristina J Briley          10-29759-svk
Susan J Junck and John A Junck                      10-32371-svk
Charmelle D Crape                                   10-33494-svk
Daniel F O'Brien and Jillian K Clayton-O'Brien      10-33835-svk
Dwight W Graham and Ruth A Graham                   10-35812-svk
Kiwana D. Sherrod                                   10-38205-svk
Alma C. Minley                                      10-38359-svk
April M Junck                                       10-39244-svk
Brenda J Coleman                                    10-39882-svk
Elizabeth R Capello                                 10-39885-svk
Lance M Comerford and Amy G Comerford               11-20248-svk
Nancy A Mikkelson                                   11-20489-svk
Cheryl A. Seppi                                     11-20490-svk
Tyres L. Hall and Jenny M Hall                      11-20949-svk
Jeffrey R. Hoefler                                  11-22571-svk
Lynn M Affetto and Paul J Hildebrandt               11-23560-svk
Andrew J. Anderson                                  11-23987-svk
John R Phillips and Rose M Phillips                 11-24559-svk
Rolando M Calhoun                                   11-25274-svk
Susan M Mueller                                     11-25280-svk
Stanley B Miller                                    11-25284-svk
Timothy M Wolf and Patricia J Wolf                  11-29696-svk
Linda McDermott                                     11-30615-svk
Willie D Lewis                                      11-31688-svk
Dorothy L Jones                                     11-32576-svk
Shalonda Boatman                                    11-32895-svk
David J Rubner and Carol A Rubner                   11-33938-svk
Ronald Artis and Anita D Artis                      11-34040-svk
Gary S Thundercloud and Patti J Thundercloud        11-36427-svk


Drafted By: Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI  53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com

| Name | Case Number |
|---|---|
| William B Van Valkenburgh and Ilva E Van Valkenburgh | 11-36943-svk |
| Sonja Neal-Howard and Amil Howard | 11-37864-svk |
| Carol A Scheidt | 11-37927-svk |
| Leslie A Bolden | 11-38537-svk |
| Neosha L Thornton | 11-39017-svk |
| Monique D Howard | 12-20006-svk |
| Mojeed A Salako and Titilola O Salako | 12-20272-svk |
| Barbara J Metrie | 12-20658-svk |
| Dollett Johnson | 12-21368-svk |
| Jason E. McCord and Brenda L. McCord | 12-21560-svk |
| Jonathon P. Wiitanen | 12-23176-svk |
| James R Spodick and Lisa J Spodick | 12-23515-svk |
| Vincent L Parks and Kimberlee Parks | 12-24833-svk |
| Natasha R Byrd | 12-24834-svk |
| Clifford T. Brown and Machelle A. Brown | 12-24835-svk |
| Ginger L. Washington | 12-26195-svk |
| Bruce L Stevenson | 12-27434-svk |
| James Gielow and Jacqueline Gielow | 12-29405-svk |
| Albert P Jackson | 12-32079-svk |
| Lekisha N Pottinger | 12-34160-svk |
| Latoya S Ayers | 12-36966-svk |
| Javon Jackson | 12-37216-svk |
| Melissa L Loso | 12-37408-svk |
| Steven A Semon and Janel Semon | 13-20007-svk |
| Jason M Lewis | 13-20786-svk |
| Jill E Landowski | 13-21209-svk |
| Virginia M. Morris | 13-21282-svk |
| Deann L Spencer | 13-21752-svk |
| James A Hein and Michele A Hein | 13-22953-svk |
| Keesha M. Tate | 13-23368-svk |
| Michelle L Wolfe | 13-23878-svk |
| Cinderella Wilks | 13-24390-svk |
| Willard Jones and Sara L Jones | 13-25529-svk |
| Blanche Hogans | 13-26841-svk |
| Wanda Strook | 13-28905-svk |
| Donald E Buehrig, Jr | 13-29381-svk |
| Cassondra C. House | 13-29804-svk |
| Daryl O Bonner, JR | 13-30446-svk |
| Lavarn Barksdale, Sr. and Mary L. Barksdale | 13-30947-svk |
| Herman Taylor, Jr. | 13-31341-svk |
| Patricia A Carter-Lee and Terry Lee | 13-31444-svk |
| Steven S Sowinski and Erin L Sowinski | 13-31702-svk |
| Willard E Bender and Helen J Bender | 13-33868-svk |
| Cynthia L. Oliver-Stone | 13-33939-svk |
| Felisha L Ford | 13-34196-svk |
| Roger L Wade | 13-35841-svk |

| | |
|---|---|
| James R Scalf and Jane L Scalf | 13-35864-svk |
| Catalina S. Montijo | 14-20541-svk |
| Miguel Solier | 14-20636-svk |
| Christy M. Lewis | 14-20639-svk |
| Kimberly D Williams | 14-21169-svk |
| William Steward and Camille Y Steward | 14-25524-svk |
| Sophia D Washington | 14-25726-svk |
| Felica D Allen | 14-26249-svk |
| Glynda F. Moore | 14-27101-svk |
| George J Ewing, Jr. and Heidi M Ewing | 14-27285-svk |
| Johannes Michalski-Nickhorn | 14-27629-svk |
| Robert E. Kitner and Tina M. Kitner | 14-28282-svk |
| Douglas E Stoneman | 14-28312-svk |
| Thomas J Orler and Karrin D Orler | 14-28548-svk |
| Deanna M Hermann | 14-29682-svk |
| Johnnie C Moore | 14-29945-svk |
| Freddie L Carter and Toni T Carter | 14-30466-svk |
| Jeleeo E Garth | 14-30969-svk |
| Randell L Beatty | 14-31796-svk |
| Dimitri C McCurry | 14-32720-svk |
| Rodney Viverette and Vickie D Haynes-Viverette | 14-32845-svk |
| Michele L. Obermann | 14-33485-svk |
| Victor Brown | 14-34029-svk |
| Craig J Smogoleski | 14-34642-svk |
| Roscoe Jones | 15-20255-svk |
| Einelda S Santiago | 15-20659-svk |
| Kenneth E Culver, II and Melody J Culver | 15-23380-svk |
| Scott J Wenninger and Natalie A Wenninger | 15-28467-svk |
| Denise E McCaskill | 15-28951-svk |
| John C Cunningham and Alina M Cunningham | 15-30188-svk |

**STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR DEBTORS AND MOTION FOR APPROVAL OF STIPULATION**

The undersigned attorneys stipulate as follows:

1. Anton B. Nickolai of Nickolai & Poletti, LLC, shall be substituted in place of Nathan E. DeLadurantey of DeLadurantey Law Office, LLC, as attorney of record for the debtors in all of the above-captioned cases.

2. Anton B. Nickolai and Nathan E. DeLadurantey both certify that they have conferred with all of the debtors in the above-referenced cases, and that all of the debtors in the above-referenced cases have consented to the substitution of counsel.

3

3. Any and all future payments of debtors' attorney fees made by the trustee shall be paid to Anton B. Nickolai of Nickolai & Poletti, LLC.

The undersigned attorneys further move for approval of the stipulation.

Dated: December 11, 2015.
RESPECTFULLY SUBMITTED:

By:   /s/ Anton B. Nickolai   .        By:   /s/ Nathan E. DeLadurantey   .
      Anton B. Nickolai                                Nathan E. DeLadurantey
      Nickolai & Poletti, LLC                    DeLadurantey Law Office, LLC

4

Case 10-33835-svk   Doc 47   Filed 12/11/15   Page 4 of 4